736

In the Matter of TINA M. COBANE, Appellant, v BRIAN P. CO-
BANE, Respondent.

Submitted November 29, 2010; decided January 18, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

Judge PIGOTT taking no part.

In the Matter of VICTOR ALTHEUS DEPONCEAU, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Decided January 18, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution.

REINFORD EVANS, Respondent, v LAKISHA PITT, Appellant.

Submitted November 22, 2010; decided January 18, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.